1   Gregory M. Fox, State Bar No. 070876
    Dana L. Soong, State Bar No. 168160
2   BERTRAND, FOX & ELLIOT
    The Waterfront Building
3   2749 Hyde Street
    San Francisco, California 94109
4   Telephone:    (415) 353-0999
    Facsimile:    (415) 353-0990
5
    Attorneys for Defendants
6   CITY OF SUNNYVALE,
    CHRIS SEARLE and DARREN PANG
7

*ORIGINAL FILED*

*2008 JUL 28 P 12: 55*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          *CV 08 3598 PVT*

11  ERIKA CANAS, JOSE CANAS, a minor, by    ) Case No.:
    and through his guardian ad litem, and JESUS )
12  CANAS, by and through his guardian ad litem,  ) **NOTICE OF REMOVAL OF SANTA CLARA**
                                                  ) **COUNTY SUPERIOR COURT ACTION**
13                  Plaintiffs,                   ) **NO. 108CV113838 UNDER 28 U.S.C. §**
                                                  ) **1441(b) [Federal Question] AND DEMAND**
14          vs.                                   ) **FOR JURY TRIAL**
                                                  )
15  CITY OF SUNNYVALE, CHRIS SEARLE,    )
    DARREN PANG and DOES ONE through    )
16  TWENTY-FIVE,                        )
                                        )
17                  Defendants.         )
    _____ )

18

19  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20          PLEASE TAKE NOTICE that defendants CITY OF SUNNYVALE, CHRIS SEARLE and

21  DARREN PANG hereby remove to this court the state court action described below:

22          1.      On June 2, 2008 Action No. 108CV113838 was commenced in the Superior Court

23  of the State of California, in and for the County of Santa Clara entitled Erika Canas, Jose Canas, a

24  minor, by and through his guardian ad litem and Jesus Canas, a minor, by and through his guardian

25  ad litem, v. City of Sunnyvale, Chris Searle, Darren Pang, and Does 1 through 25.  A true copy of

26  plaintiffs' complaint is attached hereto as Exhibit "A".

27          2.      The first date upon which defendant CITY OF SUNNYVALE was served with said

28  summons and complaint was on or about the June 30, 2008, when Defendant CITY received a copy

                                              1

1  of the complaint and summons from the state court by service of process on the City Clerk.  A true

2  copy of the summons is attached hereto as Exhibit "B."  Thereafter by letter on July 16, 2008

3  counsel for defendants Gregory M. Fox advised plaintiffs' counsel that he had received authority to

4  accept service on behalf of defendants CHRIS SEARLE and DARREN PANG.

5         3.  This action is a civil action of which this court has original jurisdiction under 28

6  U.S.C. §1331, and is one which may be removed to this Court by defendant pursuant to 28 U.S.

7  C. §1441(b).  The Second Cause of Action in paragraphs 17 and 19 alleges the decedent Jose

8  Francisco Canas was deprived of his Civil Rights when, while exercising his constitutional right,

9  the defendants, police officers of the City of Sunnyvale, committed violence against him by

10  shooting him to death on September 12, 2007.  It is further alleged in the Second Cause of Action,

11  paragraphs 18 and 20, that said defendants interfered or threatened to interfere with the "Plaintiff's

12  [sic]" constitutional or statutory rights by threatening or committing violent acts and that they

13  injured the "plaintiff [sic]" or the plaintiff's property to prevent the plaintiff from exercising his or

14  her constitutional rights or to retaliate against the plaintiff for having exercised his or her

15  constitutional rights.  By Constitutional rights the defendants assume the decedent and plaintiffs,

16  and each of them, are alleging that defendants violated those rights guaranteed to them under the

17  Fourth and Fourteenth Amendments to the United States Constitution.

18

19  Dated: July 28, 2008                         BERTRAND, FOX & ELLIOT

20

21                                              By: _____

22                                              Gregory M. Fox
                                                Attorneys for Defendants
23                                              CITY OF SUNNYVALE, CHRIS SEARLE and
                                                DARREN PANG
24

25

26

27

28

# EXHIBIT A

1 | **ROBERTS & ELLIOTT LLP**
JAMES ROBERTS, SBN 98804
2 | Ten Almaden Boulevard
Suite 500
3 | San Jose, CA  95113
Telephone:   (408) 275-9800
4 | Fax:          (408) 287-3782

5 | Attorneys for Plaintiffs

ENDORSED FILED

08 JUN -2 PM 12: 23

CHIEF PROS. A. IFFICER/CLERK
SUPERIOR COURT OF CA.
COUNTY OF SANTA CLARA
BY_____ DEPUTY

6

7

8 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | IN AND FOR THE COUNTY OF SANTA CLARA

10 | UNLIMITED  JURISDICTION

11 | ERIKA CANAS, JOSE CANAS, a minor, )
by and through his guardian ad litem )
12 | and JESUS CANAS by and through his )   No.
guardian ad litem, )
13 | )   **COMPLAINT**
Plaintiffs, )
14 | )   *Wrongful Death*
vs. )
15 | )
CITY OF SUNNYVALE, CHRIS )
16 | SEARLE, DARREN PANG and DOES )
ONE through TWENTY-FIVE, )
17 | )
Defendants. )
18 | _____ )

No. 1 08 CV 113838

19

20 | Plaintiffs complain of Defendants and each of them, and alleges:

21 | **GENERAL ALLEGATIONS**

22 | 1.       Plaintiff does not know the true names and capacities of the Defendants sued

23 | herein as DOES 1 through 25, inclusive, and therefore sue such fictitious Defendants by

24 | such fictitious names.  Plaintiff will amend this complaint to state the true names and

25 | capacities of said Defendants when the same become known to Plaintiff, Plaintiff is

26 | informed and believes, and on that basis alleges, that each of said fictitious Defendants

27 | is negligent or otherwise responsible for the matters alleged herein and proximately caused

28 | the damages complained of herein.   DOES 1 through 15 are employees/agents/officers

COMPLAINT                                                                                    1

1    of Defendant the City of Sunnyvale acting withing the scope of his employment/agency.

2       2.     Plaintiff is informed and believes, and on that basis alleges, that on each

3    occasion mentioned herein, each of the Defendants was the agent and/or employee of

4    each of the other Defendants mentioned herein and was acting within the scope and

5    course of his agency and/or employment at the times and places mentioned herein. All

6    acts alleged to have been done by each Defendant were both ratified and authorized by

7    the remaining Defendants.

8       3.     Decedent Jose Francisco Canas is deceased, having passed on

9    September 12, 2007. Plaintiffs are the sole surviving heirs of Decedent Jose Canas.

10       4.     Plaintiff Erika Canas is an individual. Plaintiff Erika Canas is the wife and heir

11    of Jose Francisco Canas, deceased.

12       5.     Plaintiff Jose Emmanuel Canas is an individual and a minor born March 28,

13    2006. Plaintiff Jose Emmanuel Canas is the son and heir of Jose Francisco Canas,

14    deceased. Plaintiff Jose Emmanuel Canas is represented in this action by his guardian

15    ad litem.

16       6.     Plaintiff Jesus Canas is an individual and a minor born March 28, 2006.

17    Plaintiff Jesus is the son and heir of Jose Francisco Canas, deceased. Plaintiff Jesus

18    Canas is represented in this action by his guardian ad litem.

19       7.     Defendant City of Sunnyvale is a public entity, duly organized and existing

20    under the laws of the State of California and situated in the County of Santa Clara.

21       8.     Defendant Chris Searle is an individual, and at all times mentioned herein,

22    an employee/agent/officer of Defendant the City of Sunnyvale acting withing the scope of

23    his employment/agency.

24       9.     Defendant Darren Pang is an individual, and at all times mentioned herein,

25    an employee/agent/officer of Defendant the City of Sunnyvale acting withing the scope of

26    his employment/agency.

27       10.     On or about December 26, 2007, Plaintiffs, and each of them, presented to

28    Defendant the City of Sunnyvale a claim for the injuries, disability, losses, and damages

1  suffered and incurred by each of them by reason of the above-described occurrence, all

2  in compliance with the requirements of Government Code Section 905. A copy of the

3  claims are attached hereto as **Exhibit A** and made a part hereof.

4      11.    Defendant the City of Sunnyvale failed to act on the claim within the period

5  of 45 days after its presentation, and the claim was thus deemed rejected, under the

6  provisions of Government Code Section 912.4, at the expiration of the 45-day period.

### FIRST CAUSE OF ACTION
#### Negligence

9      12.    Plaintiffs incorporate the allegations of paragraphs One through Eleven

10  inclusive into this count.

11     13.    On or about September 12, 2007, in Sunnyvale, California, Defendants, Chris

12  Searle and Darren Pang, and Does One through Ten, and each of them, negligently shot

13  Jose Francisco Canas to death. At the time he was shot to death, Jose Francisco Canas

14  was situated in his car on a public street and not acting in a manner sufficient to cause the

15  use of lethal force.

16     14.    As a proximate result of the aforesaid negligence of said Defendants, and

17  each of them, and of the death of decedent, Plaintiffs, and each of them have sustained

18  pecuniary loss resulting from the loss of the society, comfort, attention, services, and

19  support of decedent in a sum according to proof.

20     15.    As a proximate result of the aforesaid negligence of Defendants, and each

21  of them, and of the death of decedent, Plaintiff Erika Canas has incurred funeral and burial

22  expenses in a sum according to proof.

### SECOND CAUSE OF ACTION
#### Civil Rights Violation

25     16.    Plaintiffs incorporate the allegations of paragraphs One through Eleven

26  inclusive into this count.

27     17.    On or about September 12, 2007, in Sunnyvale, California, Defendants, Chris

28  Searle and Darren Pang, and Does One through Ten, and each of them, shot Jose

COMPLAINT                                                                          3

1   Francisco Canas to death.

2          18.    At said time and place, said Defendants interfered with or attempted to

3   interfere with the Plaintiff's constitutional or statutory right by threatening or committing

4   violent acts.

5          19.    The decedent reasonably believed that if he exercised his or her

6   constitutional right, said Defendants would commit violence against him or his property.

7          20.    Said Defendants injured the Plaintiff or the Plaintiff's property to prevent the

8   Plaintiff from exercising his or her constitutional right or to retaliate against the Plaintiff for

9   having exercised his or her constitutional right.

10         21.    As a proximate result of the aforesaid negligence of said Defendants, and

11  each of them, and of the death of decedent, Plaintiffs, and each of them have sustained

12  pecuniary loss resulting from the loss of the society, comfort, attention, services, and

13  support of decedent in a sum according to proof.

14         22.    As a proximate result of the aforesaid negligence of Defendants, and each

15  of them, and of the death of decedent, Plaintiff Erika Canas has incurred funeral and burial

16  expenses in a sum according to proof.

17         WHEREFORE, Plaintiffs, and each of them pray judgment as follows:

18         1.     For general damages according to proof;

19         2.     For funeral and burial expenses for Plaintiff Erika Canas according to proof;

20         3.     For interest as allowable by law, including interest on all economic damages

21  in the legal amount from September 12, 2007, to the date of judgment;

22         4.     For costs of suit herein incurred; and

23         5.     For such other and further relief as the court may deem proper.

24                                          ROBERTS & ELLIOTT LLP
                                            Attorneys for Plaintiffs
25

26  DATED:  5·22·08                         By: _____
                                                JAMES ROBERTS, Esq.
27                                              Attorney at Law

28

COMPLAINT                                                                          4

EXHIBIT A



Our Claim #:_____

**CLAIM AGAINST THE CITY OF SUNNYVALE**

City Of Sunnyvale
City Clerk
P.O. Box 3707
Sunnyvale, CA 94088-3707
(408) 730-7494

RESERVED FOR CITY STAMP

WITH CERTAIN EXCEPTIONS, CLAIMS FOR PERSONAL INJURY OR PROPERTY DAMAGE MUST BE FILED WITHIN SIX MONTHS OF THE INCIDENT GIVING RISE TO THE CLAIM.

Claimant must complete each section; if information is unknown write "unknown." Use the back of this form, or a separate sheet of paper if necessary (Please Print)

Name: __ERIKA CANAS__    Daytime telephone #:__c/o (408) 275-9800__

Address: __2512 Glade Drive__

City: __Santa Clara__    State: __CA__    Zip: __95051__

Date and time of loss: __September 12, 2007__ __Approximately 11:30 A.M./P.M.__    Police report #: __Unknown__

Has your insurance company been notified? ☒ Yes ☐ No

Company __Kaiser__    Policy #: __9461231-9455584__    Phone #: __(800) 723-3365__

Location the incident occurred: __1148 Ayala Drive, Sunnyvale, CA__

Cause of loss, injury or damage: __Please see Attachment A.__

_____

_____

In detail, describe damage or injury: __Please see Attachment B.__

_____

Name of witness or City employee (s) involved: __Chris Searle and Darren Pang and other persons unknown to Claimant(s).__

Name and address of person to whom all correspondence should be sent. (If different from above):
__James Roberts__
__ROBERTS & ELLIOTT LLP__
__Ten Almaden Boulevard__
__Suite 500__

__San Jose, CA   95113__

Amount of claim and basis for computation $_____    Government Code requires that if the claim is for less than $10,000, the amount of the claim shall be entered. If the Claim is for more than $10,000, no dollar amount need be entered, but the claim must indicate whether the claim would be a ☐ limited or ☒ unlimited civil case.

*Attach copies of itemized receipts, estimates, photos or other documentation of your claim

I certify that the foregoing is true and correct. Submitted by:

Signature: _____    Date: __1-26-07__

Penal code. Section 550, false or fraudulent claims: It is unlawful to: knowingly present or cause to be presented any false or fraudulent claim for the payment of a loss, knowingly prepare, make, or subscribe any writing, with the intent to present or use it, or to allow it to be presented in support of any false or fraudulent claim, knowingly assist, abet, solicit, or conspire with any person, who knowingly presents any false or fraudulent claim for the payment of a loss, or who knowingly prepares, makes, or subscribes any writing, with the intent to present or use it, or allow it to be presented in support of any claim. Every person who violates any provision of this section shall be punished by imprisonment in the state prison for two, three, or five years, or by a fine not exceeding fifty thousand dollars ($50,000), or by both.

White: Risk and insurance copy        Yellow: Claimants copy

1  Claim Against the City of Sunnyvale

2  Claimant: Ericka Canas

3                    Attachment A

4      This claim is based upon death of Jose Canas and damage to

5  personal property sustained by Claimant on or about September 12,

6  2007 at or near 1148 Ayala Drive, Sunnyvale, California, under the

7  following circumstances: On or about September 12, 2007, without

8  justification, Jose Canas was shot and killed after his car was

9  rammed. Jose Canas was shot and killed by employees/agents/officers

10  of the City of Sunnyvale acting withing the scope of their

11  employment/agency. Such acts and/or omissions on the part of said

12  public entity were negligent or otherwise such that liability was

13  incurred. Erika Canas is the surviving widow of Jose Canas. Jose

14  Canas and Jesus Canas are the surviving minor children of Jose

15  Canas.

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Claim Against the City of Sunnyvale

2  Claimant: Ericka Canas

3                          Attachment B

4      The injuries, damage, and loss for which this claim is made,

5  so far as is now known, are sufficient to involve jurisdiction of

6  the Superior Court, such damages computed as of the date of

7  presentation of this claim, include, but are not limited to:

8      1.    The financial support that Jose Canas would have

9  contributed to the family during either the life expectancy that

10  Jose Canas had before his death or the life expectancy of

11  Claimant(s), whichever is shorter;

12      2.    The loss of gifts or benefits that Claimant(s) would have

13  expected to receive from Jose Canas;

14      3.    Funeral and burial expenses;

15      4.    The reasonable value of household services that Jose

16  Canas would have provided;

17      5.    The loss of Jose Canas' love, companionship, comfort,

18  care, assistance, protection, affection, society, moral support;

19      6.    The loss of Jose Canas' training and guidance;

20      7.    Property damage;

21      8.    Loss of a consortium.

22

23

24

25

26

27

28

1  PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

3      I am employed in the County of Santa Clara, State of California. I am over the age

4  of 18 and not a party to the within action; my business address is Ten Almaden Boulevard,

5  Suite 500, San Jose, California.

6      On December 26, 2007, I served the document described as **CLAIM AGAINST THE**

7  **CITY OF SUNNYVALE (Erika Canas)** in this action by:

8      By placing a true copy thereof in a sealed United States Postal Service envelope

9  for collection and mailing following ordinary business practices at my aforesaid business

10  address; I am readily familiar with the business' practice of collection and processing of

11  correspondence for mailing with the United States Postal Service; that correspondence is

12  deposited with the United States Postal Service, the same day as collection in the ordinary

13  course of business.

14      The name(s) and address(es) of the persons served as shown on the envelope are

15  as follows:

16          City of Sunnyvale
        City Clerk
17          P.O. Box 3707
        Sunnyvale, CA  94088-3707

18

19          CERTIFIED MAIL
        RETURN RECEIPT REQUESTED
        7007 1490 0000 4620 3722

20

21  Executed on December 26, 2007, at San Jose, California.

22      I declare under penalty of perjury under the laws of the State of California that the

23  above is true and correct.

24

25  _____  Signature

26

27

28



Our Claim #: _____

**CLAIM AGAINST THE CITY OF SUNNYVALE**

City Of Sunnyvale
City Clerk
P.O. Box 3707
Sunnyvale, CA 94088-3707
(408) 730-7494

<div style="border:1px solid">
RESERVED FOR CITY STAMP
</div>

WITH CERTAIN EXCEPTIONS, CLAIMS FOR PERSONAL INJURY OR PROPERTY DAMAGE MUST BE FILED WITHIN SIX MONTHS OF THE INCIDENT GIVING RISE TO THE CLAIM.

Claimant must complete each section; if information is unknown write "unknown." Use the back of this form, or a separate sheet of paper if necessary (Please Print)

Name: __JOSE CANAS__                                      Daytime telephone #: __c/o (408) 275-9800__

Address: __2512 Glade Drive__

City: __Santa Clara__          State: __CA__      Zip: __95051__

Date and time of loss: __September 12, 2007 Approximately 11:30__ A.M./XXX.      Police report #: __Unknown__

Has your Insurance company been notified? [X] Yes [ ] No

Company __Kaiser__          Policy #: __9461231-9455584__      Phone #: __(800) 723-3365__

Location the incident occurred: __1148 Ayala Drive, Sunnyvale, CA__

Cause of loss, injury or damage: __Please see Attachment A.__

_____

_____

In detail, describe damage or injury: __Please see Attachment B.__

_____

_____

Name of witness or City employee (s) involved: __Chris Searle and Darren Pang and other persons unknown to Claimant(s).__

Name and address of person to whom all correspondence should be sent (if different from above):
__James Roberts__
__ROBERTS & ELLIOTT LLP__
__Ten Almaden Boulevard__
__Suite 500__
__San Jose, CA  95113__

Amount of claim and basis for computation $_____ Government Code requires that if the claim is for less than $10,000, the amount of the claim shall be entered. If the Claim is for more than $10,000, no dollar amount need be entered, but the claim must indicate whether the claim would be a [ ] limited or [X] unlimited civil case.

*Attach copies of itemized receipts, estimates, photos or other documentation of your claim

I certify that the foregoing is true and correct. Submitted by:

Signature: _____          Date: __12 -26-07__

Penal code, Section 560, false or fraudulent claims: It is unlawful to: knowingly present or cause to be presented any false or fraudulent claim for the payment of a loss, knowingly prepare, make, or subscribe any writing, with the intent to present or use it, or to allow it to be presented in support of any false or fraudulent claim, knowingly assist, abet, solicit, or conspire with any person, who knowingly presents any false or fraudulent claim for the payment of a loss, or who knowingly prepares, makes, or subscribes any writing, with the intent to present or use it, or allow it to be presented in support of any claim. Every person who violates any provision of this section shall be punished by imprisonment in the state prison for two, three, or five years, or by a fine not exceeding fifty thousand dollars ($50,000), or by both.

White: Risk and insurance copy          Yellow: Claimants copy

1  Claim Against the City of Sunnyvale

2  Claimant: Jose Canas

### Attachment A

4      This claim is based upon death of Jose Canas and damage to

5  personal property sustained by Claimant on or about September 12,

6  2007 at or near 1148 Ayala Drive, Sunnyvale, California, under the

7  following circumstances:  On or about September 12, 2007, without

8  justification, Jose Canas was shot and killed after his car was

9  rammed. Jose Canas was shot and killed by employees/agents/officers

10  of the City of Sunnyvale acting withing the scope of their

11  employment/agency.  Such acts and/or omissions on the part of said

12  public entity were negligent or otherwise such that liability was

13  incurred.  Erika Canas is the surviving widow of Jose Canas. Jose

14  Canas and Jesus Canas are the surviving minor children of Jose

15  Canas.

Claim Against the City of Sunnyvale

Claimant: Jose Canas

<div align="center">Attachment B</div>

The injuries, damage, and loss for which this claim is made, so far as is now known, are sufficient to involve jurisdiction of the Superior Court, such damages computed as of the date of presentation of this claim, include, but are not limited to:

1.  The financial support that Jose Canas would have contributed to the family during either the life expectancy that Jose Canas had before his death or the life expectancy of Claimant(s), whichever is shorter;

2.  The loss of gifts or benefits that Claimant(s) would have expected to receive from Jose Canas;

3.  Funeral and burial expenses;

4.  The reasonable value of household services that Jose Canas would have provided;

5.  The loss of Jose Canas' love, companionship, comfort, care, assistance, protection, affection, society, moral support;

6.  The loss of Jose Canas' training and guidance;

7.  Property damage.

<div align="center">PROOF OF SERVICE</div>

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

      I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is Ten Almaden Boulevard, Suite 500, San Jose, California.

      On December 26, 2007, I served the document described as **CLAIM AGAINST THE CITY OF SUNNYVALE (Jose Canas)** in this action by:

      By placing a true copy thereof in a sealed United States Postal Service envelope for collection and mailing following ordinary business practices at my aforesaid business address; I am readily familiar with the business' practice of collection and processing of correspondence for mailing with the United States Postal Service; that correspondence is deposited with the United States Postal Service, the same day as collection in the ordinary course of business.

      The name(s) and address(es) of the persons served as shown on the envelope are as follows:

> City of Sunnyvale
> City Clerk
> P.O. Box 3707
> Sunnyvale, CA  94088-3707
>
> CERTIFIED MAIL
> RETURN RECEIPT REQUESTED
> 7007 1490 0000 4620 3739

      Executed on December 26, 2007, at San Jose, California.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
                     Signature



**CLAIM AGAINST THE CITY OF SUNNYVALE**

City Of Sunnyvale
City Clerk
P.O. Box 3707
Sunnyvale, CA 94088-3707
(408) 730-7494

RESERVED FOR CITY STAMP

Our Claim #: _____

WITH CERTAIN EXCEPTIONS, CLAIMS FOR PERSONAL INJURY OR PROPERTY DAMAGE MUST BE FILED WITHIN SIX MONTHS OF THE INCIDENT GIVING RISE TO THE CLAIM.

Claimant must complete each section; if information is unknown write "unknown." Use the back of this form, or a separate sheet of paper if necessary (Please Print)

Name: JESUS CANAS                                    Daytime telephone #: c/o (408) 275-9800

Address: 2512 Glade Drive

City: Santa Clara            State: CA        Zip: 95051

Date and time of loss: September 12, 2007 Approximately 11:30 A.M./XXX        Police report #: Unknown

Has your insurance company been notified? ☒Yes ☐ No

Company Kaiser        Policy #: 9461231-9455584        Phone #: (800) 723-3365

Location the incident occurred: 1148 Ayala Drive, Sunnyvale, CA

Cause of loss, injury or damage: Please see Attachment A.

In detail, describe damage or injury: Please see Attachment B.

Name of witness or City employee (s) involved: Chris Searle and Darren Pang and other persons unknown to Claimant(s).

Name and address of person to whom all correspondence should be sent (if different from above):
James Roberts
ROBERTS & ELLIOTT LLP
Ten Almaden Boulevard
Suite 500

San Jose, CA  95113

Amount of claim and basis for computation $_____ Government Code requires that if the claim is for less than $10,000, the amount of the claim shall be entered. If the Claim is for more than $10,000, no dollar amount need be entered, but the claim must indicate whether the claim would be a ☐limited  or ☒unlimited civil case.

*Attach copies of itemized receipts, estimates, photos or other documentation of your claim

I certify that the forgoing is true and correct. Submitted by:

Signature: _____        Date: 12-2(-07

Penal code, Section 550, false or fraudulent claims:  It is unlawful to: knowingly present or cause to be presented any false or fraudulent claim for the payment of a loss, knowingly prepare, make, or subscribe any writing, with the intent to present or use it, or to allow it to be presented in support of any false or fraudulent claim, knowingly assist, abet, solicit, or conspire with any person, who knowingly presents any false or fraudulent claim for the payment of a loss, or who knowingly prepares, makes, or subscribes any writing, with the intent to present or use it, or allow it to be presented in support of any claim. Every person who violates any provision of this section shall be punished by imprisonment in the state prison for two, three, or five years, or by a fine not exceeding fifty thousand dollars ($50,000), or by both.

White: Risk and insurance copy        Yellow: Claimants copy

1  Claim Against the City of Sunnyvale

2  Claimant: Jesus Canas

3                    Attachment A

4      This claim is based upon death of Jose Canas and damage to

5  personal property sustained by Claimant on or about September 12,

6  2007 at or near 1148 Ayala Drive, Sunnyvale, California, under the

7  following circumstances: On or about September 12, 2007, without

8  justification, Jose Canas was shot and killed after his car was

9  rammed. Jose Canas was shot and killed by employees/agents/officers

10 of the City of Sunnyvale acting withing the scope of their

11 employment/agency. Such acts and/or omissions on the part of said

12 public entity were negligent or otherwise such that liability was

13 incurred. Erika Canas is the surviving widow of Jose Canas. Jose

14 Canas and Jesus Canas are the surviving minor children of Jose

15 Canas.

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Claim Against the City of Sunnyvale

2  Claimant: Jesus Canas

3                      Attachment B

4       The injuries, damage, and loss for which this claim is made,

5  so far as is now known, are sufficient to involve jurisdiction of

6  the Superior Court, such damages computed as of the date of

7  presentation of this claim, include, but are not limited to:

8       1.    The financial support that Jose Canas would have

9  contributed to the family during either the life expectancy that

10 Jose Canas had before his death or the life expectancy of

11 Claimant(s), whichever is shorter;

12      2.    The loss of gifts or benefits that Claimant(s) would have

13 expected to receive from Jose Canas;

14      3.    Funeral and burial expenses;

15      4.    The reasonable value of household services that Jose

16 Canas would have provided;

17      5.    The loss of Jose Canas' love, companionship, comfort,

18 care, assistance, protection, affection, society, moral support;

19      6.    The loss of Jose Canas' training and guidance;

20      7.    Property damage.

21

22

23

24

25

26

27

28

1    PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

3    I am employed in the County of Santa Clara, State of California. I am over the age

4  of 18 and not a party to the within action; my business address is Ten Almaden Boulevard,

5  Suite 500, San Jose, California.

6    On December 26, 2007, I served the document described as **CLAIM AGAINST THE**

7  **CITY OF SUNNYVALE (Jesus Canas)** in this action by:

8    By placing a true copy thereof in a sealed United States Postal Service envelope

9  for collection and mailing following ordinary business practices at my aforesaid business

10  address; I am readily familiar with the business' practice of collection and processing of

11  correspondence for mailing with the United States Postal Service; that correspondence is

12  deposited with the United States Postal Service, the same day as collection in the ordinary

13  course of business.

14    The name(s) and address(es) of the persons served as shown on the envelope are

15  as follows:

16    City of Sunnyvale
      City Clerk
17    P.O. Box 3707
      Sunnyvale, CA   94088-3707
18
      CERTIFIED MAIL
19    RETURN RECEIPT REQUESTED
      7007 1490 0000 4620 3746
20

21    Executed on December 26, 2007, at San Jose, California.

22    I declare under penalty of perjury under the laws of the State of California that the

23  above is true and correct.

24

25                                  _____
                                    Signature
26

27

28

# EXHIBIT B

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO:)*
CITY OF SUNNYVALE, CHRIS SEARLE, DARREN LANG and
DOES ONE through TWENTY-FIVE

CITY OF SUNNYVALE, CA
CITY ATTORNEY'S OFFICE

RECEIVED OCA

JUN 3 0 2008

AM 3:00 PM

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE)*
ERIKA CANAS, JOSE CANAS, a minor, by and through his
guardian ad litem and JESUS CANAS by and through his
guardian ad litem

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED

08 JUN -2 PM 12: 23

KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA.
COUNTY OF SANTA CLARA
BY_____ G. Duarte ____ DEPUTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es:)* | CASE NUMBER: *(Número del Caso:)* 1 08 CV 113838 |
|---|---|

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
191 North First Street
San Jose, CA 95113

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:)*
JAMES ROBERTS, ABN 98804                    (408) 275-9800
ROBERTS & ELLIOTT, LLP
Ten Almaden Boulevard, Suite 500
San Jose, CA 95113

| DATE: *(Fecha)* JUN 0 2 2008 | Kiri Torre Clerk, by *(Secretario)* | _____ , Deputy *(Adjunto)* G. Duarte |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [X] on behalf of *(specify):* City of Sunnyvale

    under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
    [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
    [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
    [X] other *(specify):* Public Entity

4. [ ] by personal delivery on *(date):*

Page 1 of 1

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

Legal Solutions Plus

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Erika Canas, Jose Canas, a minor by and through his guardian ad litem and Jesus Canas, by and through his guardian ad litem

**DEFENDANTS**
City of Sunnyvale, Chris Searle and Darren Pang

**(b)** County of Residence of First Listed Plaintiff  Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
James Roberts, SBN 98805
Roberts & Elliot LLP
Ten Almaden Blvd., Ste. 500
San Jose, CA  95113
Tel: 408.275.9800  Fax: 408.287.3782

Attorneys (If Known)
Gregory M. Fox, SBN 070876
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Tel: 415.353.0999  Fax: 415.353.0990

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury — Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 2 1 USC 88 1 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | 861 HIA (1395ff) | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt. Reporting & Disclosure Act | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | **FEDERAL TAX SUITS** | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | **Habeas Corpus:** | 791 Empl. Ret. Inc. Security Act | 870 Taxes (U.S. Plaintiff or Defendant) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | **IMMIGRATION** | 871 IRS — Third Party 26 USC 7609 | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | 462 Naturalization Application | | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & other | 463 Habeas Corpus - Alien Detainee | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | 465 Other Immigration Actions | | 950 Constitutionality of State Statutes |
| | [X] 440 Other Civil Rights | 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1441(b)

Brief description of cause:
Violation of Civil Rights

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE  July 28, 2008

SIGNATURE OF ATTORNEY OF RECORD  Gregory M. Fox

NDC-JS44