Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
CITY OF SUNNYVALE,
CHRIS SEARLE and DARREN PANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem,<br><br>          Plaintiffs,<br>     vs.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY-FIVE,<br><br>          Defendants. | Case No.: C08-03598 PVT<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND CLERK OF THE SANTA CLARA COUNTY SUPERIOR COURT OF REMOVAL OF SANTA CLARA COUNTY SUPERIOR COURT ACTION NO. 108CV113838 UNDER 28 U.S.C. §1441(b) [Federal Question] AND SUPPORTING DOCUMENTS LISTED HEREIN** |

JAN TAHENY certifies and declares as follows:

I am over the age of eighteen years and not a party to this action. My business address is Bertrand, Fox and Elliot, 2749 Hyde Street, San Francisco, California, 94109, which is located in the city, county and state where the mailings described below took place.

On July 28, 2008, I deposited in the United States mail at San Francisco, California, to James Roberts, Esq., Roberts & Elliott LLP, Ten Almaden Blvd., Suite 500, San Jose, CA 95113, counsel for all plaintiffs, a copy of the **Notice of Removal** of this action which was filed in the United States District Court for the Northern District of California on July 28, 2008, together with all documents received in connection with United States District Court Action No. C08-03598 PVT listed below:

(1) *Welcome to the U.S. District Court San Jose; (2) Order Setting Initial Case Management*

1  *Conference and ADR Deadlines [including Standing Order for Civil Practice in Cases Assigned for*
2  *All Purposes to Magistrate Judge Patricia V. Trumbull and San Jose Div. Civil Law and*
3  *Motion/trial/settlement/case Management /dismissal Hearing Schedules; (3) ECF Registration*
4  *Information Handout; (4) Drop Box Filing Procedures; and (5) Consenting To A Magistrate Judge's*
5  *Jurisdiction in the Northern District of California.*

6      By One Legal filing service on July 29, 2008 I caused to be filed a copy of said
7  **filed/endorsed Notice of Removal (without listed documents from the US District Court)** by the
8  Clerk of the Superior Court/ Santa Clara County Superior Court, 191 N. First St.. San Jose, CA
9  95113.

10     I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29,
11 2008.

13                                              /s/
                                            Jan Taheny

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT