1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erika Canas, et al. | No. C CV08-03598 PVT |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| City of Sunnyvale, et al. | |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 29, 2080

Gregory M. Fox

Signature

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")

NDC-06

1  I, Jan Taheny declare that:

2  I am employed in the County of San Francisco, California; I am over the age of eighteen years
3  and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco,
4  California 94109.

5  I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of
6  correspondence, said practice being that in the ordinary course of business, correspondence is
7  deposited in the United States Postal Service the same day as it is placed for processing.

8  On **July 29, 2008**, I served the following document(s):

9  **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

11  in said cause, on the following interested parties:

12  James Roberts, Esq.                              *Attorney for Plaintiffs*
    Roberts & Elliott LLP
13  Ten Almaden Blvd., Suite 500
    San Jose, CA  95113
14  Fax: (408) 287-3782

15  Said service was performed in the following manner:

17  ( X )  **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

19  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **July 29, 2008**, at San Francisco, California.

                                                   _Jan Taheny_
                                                   Jan Taheny

1

PROOF OF SERVICE