Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
CITY OF SUNNYVALE,
CHRIS SEARLE and DARREN PANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY-FIVE,<br><br>　　　　　　Defendants. | Case No.: C08-03598 PVT<br><br>**CERTIFICATE OF SERVICE OF CLERK'S NOTICE OF IMPENDING REASSIGNEMNT TO A U.S. DISTRICT JUDGE AND REASSIGNMENT ORDER** |

JAN TAHENY certifies and declares as follows:

I am over the age of eighteen years and not a party to this action.  My business address is Bertrand, Fox and Elliot, 2749 Hyde Street, San Francisco, California, 94109, which is located in the city, county and state where the mailings described below took place.

On July 29, 2008, I deposited in the United States mail at San Francisco, California, to James Roberts, Esq., Roberts & Elliott LLP, Ten Almaden Blvd., Suite 500, San Jose, CA  95113, counsel for all plaintiffs, a copy of the **(1) Clerk's Notice of Impending Reassignment To A United States District Judge, and (2) Reassignment  Order, both documents filed by the court on July 29, 2008.**

///

1 | I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 29,
2 | 2008.
3
4 |                                        /s/
                                  Jan Taheny

2

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT