1  Gregory M. Fox, State Bar No. 070876
   Dana L. Soong, State Bar No. 168160
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:   (415) 353-0999
   Facsimile:   (415) 353-0990
5
   Attorneys for Defendants
6  CITY OF SUNNYVALE,
   CHRIS SEARLE and DARREN PANG
7

8               UNITED STATE DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ERIKA CANAS, JOSE CANAS, a minor, by and through his guardian ad litem, and JESUS CANAS, by and through his guardian ad litem, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF SUNNYVALE, CHRIS SEARLE, DARREN PANG and DOES ONE through TWENTY-FIVE, <br><br> Defendants. | Case No.: C08-03598 RMW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF SUNNYVALE, CHRIS SEARLE AND DARREN PANG'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [FRCP RULE 12(b)]** |

18      Defendants City of Sunnyvale, Chris Searle and Darren Pang's motion to dismiss the

19  complaint of plaintiffs Erika Canas, Jose Emmanuel Canas, a minor, and Jesus Canas, a minor, came

20  on regularly for hearing on September 26, 2008, before the Honorable Ronald M. Whyte. James

21  Roberts appeared on behalf of plaintiffs and Gregory M. Fox appeared on behalf of defendants.

22      The Court, having considered all the papers and pleadings on file herein and the oral

23  argument of counsel, HEREBY ORDERS THAT:

24      Defendants City of Sunnyvale, Chris Searle and Darren Pang's motion to dismiss plaintiffs'

25  complaint is GRANTED.

26      IT IS SO ORDERED.

27

28  Dated: _____    _____
                                       UNITED STATES DISTRICT JUDGE

1   I, Jan Taheny declare that:

2   I am employed in the County of San Francisco, California; I am over the age of eighteen years
3   and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco,
4   California 94109.

5   I am readily familiar with the practice of Bertrand, Fox, & Elliot for the processing of
6   correspondence, said practice being that in the ordinary course of business, correspondence is
7   deposited in the United States Postal Service the same day as it is placed for processing.

8   On **July 31, 2008**, I served the following document(s):

9   **[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF SUNNYVALE, CHRIS
    SEARLE AND DARREN PANG'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT
10                                FRCP 12(b)(6)**

11  in said cause, on the following interested parties:

12
    James Roberts, Esq.                          *Attorney for Plaintiffs*
13  Roberts & Elliott LLP
    Ten Almaden Blvd., Suite 500
14  San Jose, CA  95113
15  Fax: (408) 287-3782

16  Said service was performed in the following manner:

17  ( X )  **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope
18  addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and
    mailing at San Francisco, California, following the above-stated business practice, on this date.
19
    I declare under penalty of perjury under the laws of the State of California that the
20  foregoing is true and correct. Executed **July 31, 2008**, at San Francisco, California.

21

22                                              *[signature]*
                                                Jan Taheny
23

24

25

26

27

28

                                                 1
                                         PROOF OF SERVICE