1  Gregory M. Fox, State Bar No. 070876
   Dana L. Soong, State Bar No. 168160
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:     (415) 353-0999
   Facsimile:     (415) 353-0990
5
6  Attorneys for Defendants
   CITY OF SUNNYVALE,
7  CHRIS SEARLE and DARREN PANG

8                UNITED STATE DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  ERIKA CANAS, JOSE CANAS, a minor, by       Case No.:  C08-03598 RMW
    and through his guardian ad litem, and JESUS
12  CANAS, by and through his guardian ad litem,   **STIPULATION AND [PROPOSED] ORDER**
                                                   **CONTINUING HEARING DATE FOR**
13              Plaintiffs,                         **DEFENDANTS RULE 12(b) ( 6) MOTION**
                                                   **TO DISMISS PLAINTIFF'S COMPLAINT**
14          vs.

15  CITY OF SUNNYVALE, CHRIS SEARLE,
    DARREN PANG and DOES ONE through
16  TWENTY-FIVE,

17              Defendants.

18          The parties, acting by and through their respective legal counsel, herein stipulate for an Order

19  continuing the hearing date for defendants motion to dismiss plaintiff's complaint pursuant to FRCP

20  Rule 12(b)(6)  from Friday, 9:00 a.m., September 26, 2008 to Friday,  9:00 am,  October 17, 2008.

21  The filing and service of Plaintiffs' opposition brief is continued to Friday, September 26,  2008 and

22  defendants' filing and service of their reply brief is continued to Friday,  October 3, 2008. Good

23  cause exists for this stipulation because counsel for the defense is scheduled for a federal jury trial

24  commencing the week of Tuesday September 23, 2008 before the Honorable Thelton E. Henderson

25  in the United States District Court in San Francisco which is expected to take one week.

26

27

28

1    So Stipulated:

2

3    Dated:  September 4, 2008              ROBERTS & ELLIOT LLP

4
                                    By: _____/s/_____
5                                        James Roberts, Attorney for Plaintiffs

6

7
     Dated:  September 4, 2008              BERTRAND, FOX & ELLIOT
8

9

10                                    By: _____/s/_____
                                        Gregory M. Fox
11                                       Attorneys for Defendants
                                        CITY OF SUNNYVALE, CHRIS SEARLE and
12                                       DARREN PANG

13                          **ATTORNEY ATTESTATION**

14        I hereby attest that I have on file all holograph signatures for any signatures indicated by a

15   "conformed" signature (/s/) within this E-filed document.

16

17   Dated: September 4, 2008              _____/s/_____
18                                        Gregory M. Fox

19

20                                **ORDER**

21
          Good cause appearing, the stipulation is so ordered.
22

23

24   Dated: _____, 2008

25

26                                        _____
27                                        Honorable Ronald M. Whyte
                                        UNITED STATES DISTRICT COURT
28

---

2

STIPULATION FOR AN ORDER CONTINUING HEARING DATE