1  **ROBERTS & ELLIOTT LLP**
   JAMES ROBERTS, SBN 98804
2  SHARMI SHAH SBN 233110
   Ten Almaden Boulevard
3  Suite 500
   San Jose, CA   95113
4  Telephone:   (408) 275-9800
   Fax:       (408) 287-3782
5  e-mails:
          jroberts@robertselliott.com
6          sshah@robertselliott.com

7  Attorneys for Plaintiffs

8
                     UNITED STATES DISTRICT  COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   ERICKA CANAS, JOSE CANAS, AND        )    No.  C08-03598
13 JESUS CANAS,                         )
                                        )    **NOTICE OF VOLUNTARY**
14                    Plaintiffs,       )    **DISMISSAL**
                                        )
15 vs.                                  )
                                        )
16 CITY OF SUNNYVALE, CHRIS             )
   SEARLE AND DARREN PANG, DOES         )
17 ONE through TWENTY-FIVE,             )
                                        )
18                    Defendants.       )
   _____   )
19

20        NOTICE IS HEREBY GIVEN that pursuant to USCS Fed Rules Civ Proc R 41(a),

21 Plaintiffs  ERICKA  CANAS,  JOSE  CANAS,  AND  JESUS  CANAS,  and  each  of  them,

22 voluntarily dismiss the above-captioned without prejudice.

23                                 ROBERTS & ELLIOTT LLP
                                   Attorneys for Plaintiffs
24

25 DATED: September 5, 2008          By:  ___/s/ James Roberts_____
                                          JAMES ROBERTS, Esq.
26                                        Attorney at Law

27

28